UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

| | |
|---|---|
| DANIELLE GOSS, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SAFECO INSURANCE COMPANY OF )<br>AMERICA, *et al.* )<br>)<br>Defendants. ) | Civil Action No. 3:23-CV-146-CHB<br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Agreed Order of Dismissal, [R. 35], of each of plaintiff's claims against Defendant Safeco Insurance Company of America, signed by all parties who have appeared. The Court construes the Agreed Order to be a Stipulation of Dismissal by the plaintiff pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii). Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Parties Agreed Order of Dismissal, [**R. 35**], is **GRANTED**.

2. This matter is **DISMISSED WITH PREJUDICE**, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 18th day of June, 2024.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Counsel of record